**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ROBERT MICHAEL ARDIS,**

    Petitioner,

v.                                               Case No. 3:18cv2376-LC/CAS

**STATE OF FLORIDA,**

    Respondent.
                                  /

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated December 14, 2018. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Robert Michael Ardis, ECF No. 1, is **DISMISSED**.

3.  A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 16th day of January, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**